

# NUMBER 13-26-00192-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

WYNN'S EXTENDED CARE INC.,                                    Appellant,

v.

HORACIO CASTILLO,                                            Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW
## OF KLEBERG COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Justice Cron**

Appellant Wynn's Extended Care Inc. filed a notice of appeal from a final judgment in favor of appellee Horacio Castillo. The parties have since filed an "Agreed Motion to Withdraw Appeal Without Prejudice" signed by counsel for both parties. The parties informed the Court that the trial court has granted appellant's motion for new trial, and the parties would prefer to pursue any potential appeal after retrial.

The Court, having reviewed the parties' agreement, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed without prejudice to refiling. *See id.* R. 42.1(a)(2)(A). Additionally, appellate costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
2nd day of April, 2026.